MICHAEL R. LOZEAU (State Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff WATERSHED ENFORCERS,
a project of the CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

KANWARJIT DUA (State Bar No. 214591)
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, California 95814-2403
Tel:  (916) 446-7979
Fax:  (916) 446-8199
E-mail:  kdua@lawssd.com

Attorneys for Defendant
VERCO MANUFACTURING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERSHED ENFORCERS,<br><br>       Plaintiff,<br><br>   vs.<br><br>VERCO MANUFACTURING, INC.,<br><br>       Defendant. | Case No. C 06 2694 SI<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference:  n/a<br>Time:  n/a<br>Courtroom:  n/a |

WHEREAS, on February 1, 2006 Plaintiff California Sportfishing Protection Alliance

("CSPA") provided Defendant Verco Manufacturing, Inc. ("Verco") with a Notice of Violations and

1  Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

2          WHEREAS, on April 20, 2006 CSPA filed its Complaint against Verco in this Court,

3  *California Sportfishing Protection Alliance v. Verco Manufacturing, Inc.,* Case No. 06-2694 SI.

4  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

5          WHEREAS, CSPA and Verco, through their authorized representatives and without either

6  adjudication of CSPA's claims or admission by Verco of any alleged violation or other wrongdoing,

7  have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice

8  and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the

9  Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and

10 between CSPA and Verco is attached hereto as Exhibit D and incorporated by reference.

11         WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt

12 requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review period set forth

13 at 40 C.F.R. § 135.5 has completed.

14         NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

15 parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties

16 respectfully request an order from this Court dismissing such claims.  In accordance with paragraph

17 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the

18 parties through August 31, 2008 for the sole purpose of resolving any disputes between the parties

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation To Dismiss Plaintiffs' Claims;
[Proposed] Order Granting Dismissal                    2                    Case No. C 06 2694 SI

1   with respect to enforcement of any provision of the Settlement Agreement.

2   Dated: September 12, 2006              Respectfully submitted,

3                                         LAW OFFICE OF MICHAEL R. LOZEAU

4

5                                         By:   _____
                                          Michael R. Lozeau
6                                         Attorney for Plaintiff
                                          WATERSHED ENFORCERS, a project of the
7                                         CALIFORNIA SPORTFISHING PROTECTION
                                          ALLIANCE
8

9                                         SOMACH, SIMMONS & DUNN

10

11                                        By:   _____
                                          Kanwarjit Dua
12                                        Attorney for Defendant Verco Manufacturing, Inc.

13

14                                  **[PROPOSED] ORDER**

15   Good cause appearing, and the parties having stipulated and agreed,

16          IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

17   claims against Defendant Verco Manufacturing, Inc., as set forth in the Notice and Complaint filed

18   in Case No. C 06 2694 SI, are hereby dismissed.

19          IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through

20   August 31, 2008 for the sole purpose of enforcing compliance by the parties of the terms of the

21   Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit D.

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24
     Dated: _____, 2006                _____
25                                         Judge Susan Illston
                                           United States District Court Judge
26

27

28

Stipulation To Dismiss Plaintiffs' Claims;                3                    Case No. C 06 2694 SI
[Proposed] Order Granting Dismissal